IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANOFI-AVENTIS, SANOFI-SYNTHELABO, INC., and BRISTOL-MYERS SQUIBB SANOFI PHARMACEUTICALS HOLDING PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> WATSON PHARMACEUTICALS, INC., and WATSON LABORATORIES, INC., <br><br> Defendants | CIVIL ACTION No. 2:04-cv-04926 <br> Hon. William H. Walls, U.S.D.J. <br> Hon. Claire C. Cecchi, U.S.M.J. <br><br> **STIPULATION OF DISMISSAL** |

Plaintiffs Sanofi-Aventis, Sanofi-Synthelabo, Inc., and Bristol-Myers Squibb Sanofi Pharmaceuticals Holding Partnership (collectively "Sanofi") and Defendants Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. (collectively "Watson"), appearing through counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that:

1. Sanofi's Complaint and claims for relief in Civil Action No. 2:04-cv-04926 are hereby DISMISSED WITHOUT PREJUDICE.

2. Watson's counterclaims and claims for relief in Civil Action No. 2:04-cv-04926 are hereby DISMISSED WITHOUT PREJUDICE.

3. Sanofi and Watson shall each bear its own costs and attorneys' fees.

Dated: 5/1/09

**LOWENSTEIN SANDLER PC**

By: _____
David L. Harris (DH-3391)
John R. Middleton, Jr. (JM-7724)
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2340

Robert L. Baechtold, Esq.
John D. Murnane, Esq.
William E. Solander, Esq.
**FITZPATRICK, CELLA, HARPER & SCINTO**
30 Rockefeller Plaza
New York, NY 10112-3800
Phone: (212) 218-2100
Facsimile: (212) 218-2200

Evan R. Chesler, Esq.
Richard J. Stark, Esq.
David N. Greenwald, Esq.
**CRAVATH, SWAINE & MOORE LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1000
Facsimile: (212) 474-3700

Attorneys for Plaintiffs,
Sanofi-Aventis, Sanofi-Synthelabo, Inc., and Bristol-Myers Squibb Sanofi Pharmaceuticals Holding Partnership

Dated: 4/29/09

**LEYDIG, VOIT & MAYER, LTD.**

By: _____
John R. Holsinger, Esq.
**JOHN R. HOLSINGER, LLC**

Two University Plaza
Hackensack, NJ 07601
(201) 487-9000

Steven H. Sklar, Esq.
**LEYDIG, VOIT & MAYER, LTD.**
Two Prudential Plaza, Suite 4900
Chicago, IL 60601
(312) 616-5600

Attorney for Defendants,
Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc.